**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

2005 FEB 17 AM 11:43

United States of America,
    Plaintiff(s),

v.

Case No. 1:00cv0465
(Weber, J.; Hogan, M.J.)

Ray M Williams,
    Defendant(s).

## CIVIL MINUTES
### Judgment Debtor Examination

**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:**
**COURT REPORTER:** ~~none present~~ Betty Schwab
**DATE:** February 17, 2005      **TIME:** 10:00 am

Attorney for Plaintiff(s): _____
*Deborah Sanders*

Attorney for Defendant(s): _____
*Ray M Williams, Pro Se*

### PROCEDURES

_____ Counsel Present.

_____ Order to issue.

Remarks: *Judgment debtor exam held.*