IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

   vs.                      : CIVIL NO: C-1-00-465
                                 : JUDGE WEBER

**RAY M. WILLIAMS,**
**aka RAY WILLIAMS,**

        **Defendant.**

### SATISFACTION OF JUDGMENT

The judgment in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to satisfy said judgment of record.

            Respectfully submitted,

            GREGORY G. LOCKHART
            United States Attorney

            s/Deborah F. Sanders
            DEBORAH F. SANDERS (0043575)
            Assistant United States Attorney
            303 Marconi Blvd, Suite 200
            Columbus, Ohio 43215
            (614) 469-5715

## CERTIFICATE OF SERVICE

A true copy of the above and foregoing Satisfaction of Judgment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to Defendant, Ray M. Williams, 10162 Crosier Lane, Cincinnati, OH 45242 by first class mail, postage prepaid, this 26th day of February, 2007.

                                                  s/Deborah F. Sanders
                                                DEBORAH F. SANDERS (0043575)
                                                Assistant United States Attorney